5. An incident discipline reports, which may become a part of the inmate's records.
6. Transfer to the Indiana Department of Corrections for safekeeping.
7. Reassignment to a different credit time class under IC.35–60–6–4.
8. Deprivation of earned credit time under IC.35–50–6–5.

**INMATE RIGHTS & PRIVILEDGES PER CLASSIFICATION & DISCIPLNE: AS ESTABLISHED IN THE INDIANA JAIL STANDARDS GUIDELINES AND THE ALLEN COUNTY JAIL POLICY AND PROCEDURES**

1. The right to vote:
   a. An inmate shall be entitled to vote by absentee ballot upon meeting voter's registration requirements under the Law of the State of Indiana, as long as the inmate is not serving a sentence upon conviction of a felony.
2. The right to visitation:
   a. Bi–weekly visitation is offered, but not guaranteed.
   b. Visitors must be eighteen (18) years of age or older. Proper identification (State Issued) is required.
3. Telephone privileges:
   a. Phone time shall be allotted equally.
   b. Phone calls may be monitored and / or recorded.
4. The right to have an attorney.
   a. Attorneys may visit for case discussion in accordance with Jail Procedures.
5. The right to file a written grievance:
   a. Inmates having a grievance may submit it in writing, on an inmate request form to Classification, Discipline, Jail Operations Captain, Jail Commander, Appeals Officer and the Sheriff, in that order.
6. The right to appear in court, (for trail, etc.).
7. Work Release Program: Forms are available from Block Officers to request consideration for the Work Release Program.

**MAIL**

1. Outgoing mail will not be inspected, censored, delayed, withheld, or otherwise interfered with except upon suspicion, based upon an investigation by Jail Staff or through reliable information, that the Jail Security & Safety to other inmates or Jail Personnel may be endangered.
2. There is no limit to the number of letters an inmate may send from this facility at his / her own expense.
3. There will be no written correspondence between inmates within the Facility, and the Sheriff my restrict correspondence between inmates in this Facility and those in any other Penal Institution.
4. There is no restriction on the numbers of letters and inmate may receive.
5. Incoming mail is expected to have a return address. Mail will be sent back to the Post Office which contain no complete return address.

EXHIBIT A