EXHIBIT B

I Demetrius D. Buroff would like to file a Class Action Law suite under the Law of the State of Indiana's Absentee Ballot Voters registration requirements

| | Signature | | Name |
|---|---|---|---|
| X | [signature] | 53 | WILLIAM RAY |
| X | [signature] | 96 | JAMES J DAVIS SR. |
| X | [signature] | 90 | Willie J Wilson |
| X | [signature] | 78 | Morgan Cowan |
| X | [signature] | 82 | Antonio Daughty |
| X | [signature] | 3/94 | Matthew W[illegible] |
| X | [signature] | 96 | Christian Smith |
| X | [signature] | 95 | Christopher Harris |
| X | [signature] | 94 | David Olvera |
| X | [signature] | 12 | Tyler [illegible] |
| X | [signature] | 1991 | Skyler Mattingly |
| X | [signature] | 83 | Marcus Parson |

x [illegible] — Matthew E Byrd

x [illegible] 73184 — Justin Pease

x [illegible] — [illegible]

x Timothy Bennett — x Timothy Bennett

x Derrick L. Thomas 74 — x Derrick L. Thomas

x [illegible] — x [illegible]

x Donald Davies 58 — x Donald Davies

x [illegible] 89 — x Francisco Vazquez

x Cedric C Edwards 7-86 — x Cedric L Edwards

x KENAN DAVIS 1975 — Kenan Davis

x [illegible] 1991 — x [illegible]

x David Vandewielle 1989 — x David [illegible]

| | | |
|---|---|---|
| 26 | Antonio Doughty | [illegible] |
| 27 | | |
| 28 | [illegible] | Benjamin Allen |
| 29 | [illegible] | Andrew Rogen |
| 30 | Levi Strawser | [illegible] |
| 31 | Aaron [illegible] | [illegible] |
| 32 | [illegible] | Mr. Marvin L Bennett |
| 33 | [illegible] | David Olvera |
| 34 | | |
| 35 | [illegible] | Trey Topp |
| 36 | | |
| 37 | | |
| 38 | | |
| 39 | | |