**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| DEMETRIUS BUROFF and, IAN BARNHART, individually and on behalf of all others similarly situated, | ) | |
| PLAINTIFFS, | ) | Case Number: 1:17-cv-00124-JD-SLC |
| VS. | ) | |
| DAVID GLADIEUX, in his official capacity, | ) | |
| DEFENDANT. | ) | |

# DEFENDANT'S RESPONSE TO REQUEST FOR ADMISSIONS

Comes now Defendant, Allen County Sheriff David Gladieux, by counsel, and herewith responds to Plaintiff's Request for Admissions as follows:

**REQUEST FOR ADMISSION NO. 1**: Admit Defendant did not provide any inmates or detainees held at the Allen County Jail on November 8, 2016 absentee ballots to vote in the 2016 general election.

**RESPONSE**: Admit with qualification. To the Defendant's knowledge, no inmate was provided with an absentee ballot in the general election held on November 8, 2016. By way of further response, the Defendant published Jail Rules notifying all inmates that inmates could vote via absentee ballot, yet the Defendant has no record of any inmate detained in the Allen County Jail timely requesting an absentee ballot for the 2016 general election. Had an appropriate request been made, the Defendant would have provided the appropriate absentee ballot and corresponding

EXHIBIT C

1029/741/00641084-2JB

information to a requesting inmate. Discovery is ongoing and this Response will be supplemented if additional information responsive to this request is identified.

**REQUEST FOR ADMISSION NO. 2**: Admit Defendant did not provide any inmates or detainees held at the Allen County Jail on November 8, 2016 transportation to vote in the 2016 general election.

**RESPONSE**: Admitted.

**REQUEST FOR ADMISSION NO. 3**: Admit Defendant did not provide any inmates or detainees held at the Allen County Jail on November 8, 2016 assistance with registering to vote in the 2016 general election.

**RESPONSE**: Admit with qualification. To the Defendant's knowledge, the Defendant admits that he did not assist any inmate detained in the Allen County Jail with voter registration. By way of further answer, the Defendant has no record of any inmate in the Allen County Jail requesting assistance with voter registration. Had an inmate appropriately requested assistance with voter registration, the Allen County Sheriff's Department would have coordinated with the appropriate governmental agencies to assist with voter registration issues. Discovery is ongoing and this Response will be supplemented if additional information responsive to this request is identified.

**REQUEST FOR ADMISSION NO. 4**: Admit Defendant did not provide any inmates or detainees held at the Allen County Jail on November 8, 2016 an on-site jail polling station at the jail to vote in the 2016 general election.

**RESPONSE**: Admit.

**REQUEST FOR ADMISSION NO. 5**: Admit Defendant did not provide any inmates or detainees held at the Allen County Jail on November 8, 2016 any assistance with voting in the 2016 general election.

**RESPONSE**: Admit with qualification. The Defendant has no record of any inmate detained in the Allen County Jail on November 8, 2016 requesting any assistance with voting in the 2016 general election. Had an inmate timely requested assistance with voting in the 2016 general election, that inmate would have been provided with assistance to vote via absentee ballot as provided for in the Allen County Jail's Inmate Rules. Discovery is ongoing and this Response will be supplemented if additional information responsive to this request is identified.

**Respectfully submitted,**

**HALLER & COLVIN, P.C.**
**ATTORNEYS FOR DEFENDANT**
**ALLEN COUNTY SHERIFF**
**DAVID GLADIEUX**
**444 EAST MAIN STREET**
**FORT WAYNE, INDIANA 46802**
**TELEPHONE: (260) 426-0444**
**FAX: (260) 422-0274**
**EMAIL:** jsf@hallercolvin.com

**BY:**______________________
**J. SPENCER FEIGHNER**
**I.D. #27099-02**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 30th day of June, 2017, a copy of the above and foregoing Defendant's Response to Request for Admissions was served via U.S. Mail, prepaid delivery, to:

David W. Frank, Esq.
CHRISTOPHER C. MYERS & ASSOCIATES
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802

**J. SPENCER FEIGHNER**