UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IAN BARNHART, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:17-cv-00124-TLS-SLC |
| DAVID GLADIEUX, in his official capacity, | )<br>) |
| Defendant. | ) |

**PLAINTIFF'S SECOND AMENDED MOTION FOR CLASS CERTIFICATION**

Plaintiff, Ian Barnhart, individually and on behalf of all others similarly situated, respectfully requests the Court certify the class as defined in this action alleging Defendant unconstitutionally denied more than 300 active registered voters held in the Allen County Jail their fundamental right to vote in 2016 general election.

As argued in his Brief in Support, Plaintiff for good cause would show that as proposed class representative he has satisfied all numerosity, commonality, typicality, and adequacy of representation requirements of Federal Rule of Civil Procedure 23(a) as well as the additional requirement of Rule 23(b)(3) because questions of law and fact common to class members predominate over any questions affecting only individual members, and a class action is superior to other available methods for fairly and efficiently adjudicating the controversy. Plaintiff's Brief in Support is filed contemporaneously with this Motion.

Wherefore, Plaintiff respectfully requests the Court certify the class as defined, and for all other just and property relief.

Respectfully,

**CHRISTOPHER C. MYERS & ASSOCIATES**

/s/ David W. Frank
David W. Frank, #31615-02
Christopher C. Myers, #10043-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802-2307
Telephone: (260) 424-0600
Facsimile: (260) 424-0712
E-mail: dfrank@myers-law.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on March 7, 2018, a true and correct copy of the foregoing document was served electronically via CM/ECF to Defendant's counsel of record.

/s/ David W. Frank
David W. Frank

DF/