UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IAN BARNHART et al., )
individually and on behalf of all others )
similarly situated, )
                                                         )
            Plaintiffs, )
                                                         )
v. ) CASE NO. 1:17-cv-00124-TLS
                                                         )
DAVID GLADIEUX, )
in his official capacity, )
                                                         )
            Defendant. )

## AFFIDAVIT

James Davis, being duly sworn upon oath or affirmation, testifies:

1. I am over the age of 18 years. I am personally competent to testify about the matter set forth herein, and I have personal knowledge of these matters.

2. On November 8, 2016, I was held in the Allen County Jail in Fort Wayne, Indiana.

3. On November 8, 2016, I was eligible and registered to vote.

4. On November 8, 2016, I was not serving a sentence on conviction of a felony crime.

5. On November 8, 2016, at the Allen County Jail, there was no method made available to me to cast a ballot in the election held that day.

6. On November 8, 2016, at the Allen County Jail, if there had been a method made available to me to cast a ballot in the election, I would have voted.

7. I believe I should have been allowed to vote in the election while held in the Allen County Jail on November 8, 2016. I believe I am entitled to damages for not being allowed to vote.

Page **1** of **2**

FURTHER AFFIANT SAYETH NAUGHT.

## VERIFICATION

I affirm under penalties for perjury that the above and foregoing representations are true.

**Signed Name**: _James Davis_

**Date**: _8-17-18_