UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IAN BARNHART, individually and on behalf of all others similarly situated,  )<br>)<br>PLAINTIFF  )<br>VS.  )<br>)<br>DAVID GLADIEUX, in his official capacity,  )<br>)<br>DEFENDANT  ) | Case Number: 1:17-cv-00124-TLS-SLC |

## AGREED PROPOSED SCHEDULE

Plaintiff, Ian Barnhart, individually and on behalf of all others similarly situated, and Defendant, Allen County Sheriff David Gladieux, in his official capacity, by their respective counsel, and pursuant to the Court's Order of May 29, 2019, provide the following Agreed Proposed Schedule for the Court's review in advance of the telephonic status conference set for September 16, 2019.

1. The parties, by counsel, submitted their Draft Rule 23 Notice on July 8, 2019. The parties propose that the Court approve the Draft Rule 23 Notice during or following the Status Conference currently set for September 16, 2019, subject to any modifications the Court desires.

2. The parties propose that the approved Rule 23 Notice be provided to Class Members via United States mail and via publication in a local newspaper within thirty (30) days of the date of the approval of the proposed Notice by this Court.

3. The parties propose that the deadline for all Class Members to opt out of the Class and provide their Claim Form relating to damages be set for a date ninety (90) days from the date of the Court's approval of the proposed Rule 23 Notice.

4. The parties anticipate that this matter may be ready for trial during the summer or fall of 2020 at a time convenient on the Court's calendar. At this time, the parties anticipate that any trial of this matter will take approximately five (5) days.

| | |
|---|---|
| **CHRISTOPHER C. MYERS & ASSOCIATES** | **HALLER & COLVIN, P.C.** |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |
| **809 S. CALHOUN STREET, SUITE 400** | **444 EAST MAIN STREET** |
| **FORT WAYNE, INDIANA 46802** | **FORT WAYNE, INDIANA 46802** |
| **TELEPHONE: (260) 424-0600** | **TELEPHONE: (260) 426-0444** |
| **FAX: (260) 424-0712** | **FAX: (260) 422-0274** |
| **EMAIL: cmyers@myers-law.com** | **EMAIL: jsf@hallercolvin.com** |
| | |
| **BY: /s/ Christopher C. Myers** | **BY: /s/ J. Spencer Feighner** |
| **CHRISTOPHER C. MYERS** | **J. SPENCER FEIGHNER** |
| **I.D. #10043-02** | **I.D. #27099-02** |