UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| IAN BARNHART, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DAVID GLADIEUX, in his official capacity,<br><br>Defendant. | CAUSE NO. 1:17-CV-124 DRL-SLC |

ORDER ON RULE 23 NOTICE

On September 17, 2019 the court ordered Mr. Myers to file a revised draft Fed. R. Civ. P. 23 notice (ECF 61) by September 18, 2019. The revised Rule 23 notice incorporates the court's suggestions. Accordingly, the court APPROVES the parties' Rule 23 notice and ORDERS the parties to begin distribution of said notice. Pursuant to the court's prior order (ECF 68), the notice is to be distributed to class members by October 4, 2019 via First Class mail and publication in local newspapers. Class members must opt out by January 3, 2020 if they wish not to be bound by the judgment of this case.

SO ORDERED.

September 19, 2019                                                    *s/ Damon R. Leichty*
                                                                                      Judge, United States District Court