UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IAN BARNHART, individually and on behalf
of all others similarly situated,

                Plaintiffs,

    v.                                   CAUSE NO. 1:17-CV-124-DRL

DAVID GLADIEUX,

                Defendant.

<u>FINAL PRETRIAL ORDER</u>

       Pursuant to the court's Memorandum of Status Conference and Order Concerning Pretrial Conference and Trial (ECF 81), the attorneys for the parties to this action appeared on March 24, 2021 at 3:00 p.m. for a final pretrial conference under Federal Rule of Civil Procedure 16. Christopher Myers represented Ian Barnhart and all other plaintiffs, and Spencer Feighner and John Feighner represented David Gladieux. During the final pretrial conference, the following proceedings were had and the following engagements and undertakings established.

**A.**     **JURISDICTION**

       Jurisdiction is conceded by the parties and found by the Court to be present.

**B.**     **ISSUES**

       The case is at issue on Plaintiff's Amended Complaint and Defendant's Answer to Amended Complaint and Jury Demand.

**C.**     **PENDING MOTIONS**

       The Plaintiff and the Defendant have filed *motions in limine*, which are pending before the court.

### D.     PLAINTIFF'S CONTENTIONS

Plaintiff, Ian Barnhart, individually and on behalf of all other similarly situated, contends that he and the class members were not provided the opportunity to vote while they were held in the Allen County Jail.  The Court certified the following class:

> All individuals held at the Allen County Jail on December 8, 2016, who on that date were U.S. citizens, residents of Indiana, were at least eighteen (18) years of age, were not serving a sentence for a conviction of a felony crime, had not previously voted in the 2016 general election, were provided neither an absentee ballot nor transportation to a voting center, and were registered to vote or had been denied the opportunity to vote while held at the Allen County Jail.  The class does not include individuals incarcerated in the Allen County Jail on or before October 31, 2016.

(DE 41 p. 11; DE 52 p. 13).

Plaintiff contends that liability is established and that the jury need only decide damages. (DE 84 p. 2).

The Allen County Sheriff controls the inmates in the Allen County Jail and has a duty to protect the constitutional rights of the inmates, including the constitutional right of voting.  The Allen County Sheriff cannot claim that Indiana law supersedes federal law regarding the inmates' constitutional rights to vote.  In fact, the Allen County Sheriff made no effort and did not even inquire as to how the inmates at the Allen County Jail could partake of their constitutional right to vote. The Sheriff did nothing to enable the inmates who are class members (including the class representative) to provide them the opportunity to vote.  The inmates' right to vote is a federal constitutional right which cannot be defeated by the Sheriff's excuse, "State law won't let me do it."

Plaintiff contends that the only question before the jury is a question of damages -- how much should the jury award to compensate the Plaintiff (and class members) for the loss of their right to vote.

Plaintiff anticipates that Defendant Sheriff will attempt to excuse his denial of the Class Representative's/class members' opportunity to vote based upon state laws or regulations. But Plaintiff claims that this defense is without merit, because the right to vote is a federal constitutional right, a right that cannot be extinguished by reliance upon state law.  The Supremacy Clause forbids it.

## E.  DEFENDANT'S CONTENTIONS

Class representative Ian Barnhart was held as a pretrial detainee in the Allen County Jail from November 4, 2016, through November 26, 2016, and was eligible to vote in the State of Indiana. Similarly, 54 individuals were held in the Allen County Jail on Election Day, November 8, 2016, and were eligible to vote in the 2016 general election.  Under Indiana law, in order to vote in the 2016 general election, held on November 8, 2016, an eligible individual was required to register to vote by Tuesday, October 11, 2016.  By law, the deadline to request an absentee ballot by mail was 11:59 p.m. on October 31, 2016.

The Allen County Jail Rules expressly provide that, "An inmate shall be entitled to vote by absentee ballot upon meeting voter's registration requirements under the Law of the State of Indiana, as long as the inmate is not serving a sentence upon conviction of a felony."  Any inmate incarcerated in the Allen County Jail has the ability to request an absentee ballot from the Allen County Election Board before the state law-imposed deadline of October 31, 2016.  Mr. Barnhart and the members of the class in this case were incarcerated after the deadline to request an absentee ballot and, by Indiana law, could not vote via absentee ballot.  The Allen County Sheriff's Department had no ability to supply an absentee ballot to any individual who does not request said ballot prior to the state law-imposed deadline.

Neither the Allen County Election Board nor the Allen County Sheriff's Department received any request from any inmate to vote during the 2016 general election, either by absentee ballot or in person.  The Allen County Sheriff's Department lacks the authority under Indiana law and the ability to create or otherwise operate a polling location in the Allen County Jail.  The Allen County Sheriff's Department lacks the ability under Indiana law to transport those individuals who were eligible to vote, but could not do so by absentee ballot, to their respective polling locations on election day.

## F.    CONTESTED ISSUES OF FACT

1.    Whether the Allen County Sheriff's Department had the ability to provide an opportunity for class members to vote in the 2016 general election.

2.    Whether the Allen County Sheriff's Department's policies and practices regarding inmate voting have a valid, rational connection to a legitimate governmental interest.

3.    Whether the class members had alternative means to exercise their asserted right to vote.

4.    What impact an accommodation of the class members' right to vote would have on guards, inmates and jail resources.

5.    Whether the Allen County Sheriff's Department have any ready alternatives to their policies and practices regarding inmate voting.

6.    Whether the Allen County Sheriff took any action whatsoever to protect the rights of the Plaintiff and the class members regarding their constitutional right to vote.

7.    What compensatory damages should be paid to the Plaintiff and each member of the class as a result of the Allen County Sheriff's violations of the Plaintiff's/class members' deprivation of their right to vote.

8.    All class members could not vote in person on November 8, 2016 due to their incarceration in the Allen County Jail.

9.      The Sheriff made no attempt, and did not even inquire, as to whether the class members could vote in person on November 8, 2016, either by being transported to a polling booth or having a polling booth imported into the Allen County Jail. *The Defendant does not agree to the inclusion of this issue as a Contested Issue of Fact.

10.     The Allen County Sheriff took no action to allow or permit inmates to vote by absentee ballot in the November 8, 2016 election. *The Defendant does not agree to the inclusion of this issue as a Contested Issue of Fact.

## G.      CONTESTED ISSUES OF LAW

1.      The contested issues of law are incorporated into the contested issues of fact listed above.

## H.      STIPULATIONS

**The Parties stipulate to the following:**

1.      All class members were incarcerated in the Allen County Jail on November 8, 2016.

2.      All class members were registered to vote in the 2016 general election.

## I.      EXHIBITS

### A.      Plaintiff's exhibits may include any or all the following:

1.      All exhibits included under "Defendant's exhibits" 1-9.

### B.      Defendant's exhibits may include any or all of the following:

1.      Allen County Voter Registration Class Member Spreadsheet.

2.      Allen County Voter Registration and Turnout History for each Class Member.

3.      Allen County Jail Inmate Rules.

4.      Allen County Jail Voting Posted Notice.

5.      Indiana Election Division Election Calendar.

6.      Indiana Election Administrator Handbook.

7.      Any document or exhibit listed by the Plaintiff.

8.      Any document or exhibit necessary for rebuttal or impeachment.

9.      Any document or exhibit produced during the course of discovery.


**J.      WITNESSES**

**A.      Plaintiff's witnesses may include any or all of the following:**

1.      Brian Banks
        c/o Christopher C. Myers, Esq.
        Christopher C. Myers & Associates
        809 South Calhoun Street, Suite 400
        Fort Wayne, Indiana 46802
        (260)  424-0600

2.      Ian Barnhart, Class Representative
        c/o Christopher C. Myers, Esq.
        Christopher C. Myers & Associates
        809 South Calhoun Street, Suite 400
        Fort Wayne, Indiana 46802
        (260)  424-0600

3.      Julian Barrack
        c/o Christopher C. Myers, Esq.
        Christopher C. Myers & Associates
        809 South Calhoun Street, Suite 400
        Fort Wayne, Indiana 46802
        (260)  424-0600

4.      Sirthomas Billingsley
        c/o Christopher C. Myers, Esq.
        Christopher C. Myers & Associates
        809 South Calhoun Street, Suite 400
        Fort Wayne, Indiana 46802
        (260)  424-0600

5.      Dustin Bly
        c/o Christopher C. Myers, Esq.
        Christopher C. Myers & Associates
        809 South Calhoun Street, Suite 400

Fort Wayne, Indiana 46802
(260) 424-0600

6.    Andre Boatman
c/o Christopher C. Myers, Esq.
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260) 424-0600

7.    Alexandra Brown
c/o Christopher C. Myers, Esq.
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260) 424-0600

8.    Terence Brownlee
c/o Christopher C. Myers, Esq.
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260) 424-0600

9.    Zachary Burcham
c/o Christopher C. Myers, Esq.
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260) 424-0600

10.   Curtiss Caldwell
c/o Christopher C. Myers, Esq.
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260) 424-0600

11.   Dennis Clemens
c/o Christopher C. Myers, Esq.
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260) 424-0600

12.   Damalik Davis
c/o Christopher C. Myers, Esq.
Christopher C. Myers & Associates

809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260)  424-0600

13.  Dustin Deremer
c/o Christopher C. Myers, Esq.
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260)  424-0600

14.  Taylor Dixon
c/o Christopher C. Myers, Esq.
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260)  424-0600

15.  Frank Drake
c/o Christopher C. Myers, Esq.
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260)  424-0600

16.  Samuel Ellington
c/o Christopher C. Myers, Esq.
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260)  424-0600

17.  Barbara Evans
c/o Christopher C. Myers, Esq.
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260)  424-0600

18.  Shana Foote
c/o Christopher C. Myers, Esq.
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260)  424-0600

19.  Terrell Forrest
c/o Christopher C. Myers, Esq.

Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260) 424-0600

20.     Kenneth Ganaway
        c/o Christopher C. Myers, Esq.
        Christopher C. Myers & Associates
        809 South Calhoun Street, Suite 400
        Fort Wayne, Indiana 46802
        (260) 424-0600

21.     Demetrius Holliday
        c/o Christopher C. Myers, Esq.
        Christopher C. Myers & Associates
        809 South Calhoun Street, Suite 400
        Fort Wayne, Indiana 46802
        (260) 424-0600

22.     Thomas Holman
        c/o Christopher C. Myers, Esq.
        Christopher C. Myers & Associates
        809 South Calhoun Street, Suite 400
        Fort Wayne, Indiana 46802
        (260) 424-0600

23.     Jaylin Horton
        c/o Christopher C. Myers, Esq.
        Christopher C. Myers & Associates
        809 South Calhoun Street, Suite 400
        Fort Wayne, Indiana 46802
        (260) 424-0600

24.     Stacy Jennings
        c/o Christopher C. Myers, Esq.
        Christopher C. Myers & Associates
        809 South Calhoun Street, Suite 400
        Fort Wayne, Indiana 46802
        (260) 424-0600

25.     Quandale Johnson
        c/o Christopher C. Myers, Esq.
        Christopher C. Myers & Associates
        809 South Calhoun Street, Suite 400
        Fort Wayne, Indiana 46802
        (260) 424-0600

26.     Simon Jones

c/o Christopher C. Myers, Esq.
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260) 424-0600

27. Michael Keith
c/o Christopher C. Myers, Esq.
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260) 424-0600

28. Freddie Kelsaw
c/o Christopher C. Myers, Esq.
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260) 424-0600

29. Alisha King
c/o Christopher C. Myers, Esq.
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260) 424-0600

30. Robert Kuykendoll
c/o Christopher C. Myers, Esq.
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260) 424-0600

31. Corey Lechleidner
c/o Christopher C. Myers, Esq.
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260) 424-0600

32. Mandy Main
c/o Christopher C. Myers, Esq.
Christopher C. Myers & Associates 809
South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260) 424-0600

33.     Michael Martin
        c/o Christopher C. Myers, Esq.
        Christopher C. Myers & Associates
        809 South Calhoun Street, Suite 400
        Fort Wayne, Indiana 46802
        (260) 424-0600

34.     Raymon Mathis
        c/o Christopher C. Myers, Esq.
        Christopher C. Myers & Associates
        809 South Calhoun Street, Suite 400
        Fort Wayne, Indiana 46802
        (260) 424-0600

35.     Anna Mincoff
        c/o Christopher C. Myers, Esq.
        Christopher C. Myers & Associates
        809 South Calhoun Street, Suite 400
        Fort Wayne, Indiana 46802
        (260) 424-0600

36.     Tyler Montpas
        c/o Christopher C. Myers, Esq.
        Christopher C. Myers & Associates
        809 South Calhoun Street, Suite 400
        Fort Wayne, Indiana 46802
        (260) 424-0600

37.     Jeremy Phovemire
        c/o Christopher C. Myers, Esq.
        Christopher C. Myers & Associates
        809 South Calhoun Street, Suite 400
        Fort Wayne, Indiana 46802
        (260) 424-0600

38.     Kimberly Ramay
        c/o Christopher C. Myers, Esq.
        Christopher C. Myers & Associates
        809 South Calhoun Street, Suite 400
        Fort Wayne, Indiana 46802
        (260) 424-0600

39.     Shawn Restrepo
        c/o Christopher C. Myers, Esq.
        Christopher C. Myers & Associates
        809 South Calhoun Street, Suite 400
        Fort Wayne, Indiana 46802
        (260) 424-0600

40.    Steven Salter
       c/o Christopher C. Myers, Esq.
       Christopher C. Myers & Associates
       809 South Calhoun Street, Suite 400
       Fort Wayne, Indiana 46802
       (260)  424-0600

41.    Daniel Santana
       c/o Christopher C. Myers, Esq.
       Christopher C. Myers & Associates
       809 South Calhoun Street, Suite 400
       Fort Wayne, Indiana 46802
       (260)  424-0600

42.    Steven Schmidt
       c/o Christopher C. Myers, Esq.
       Christopher C. Myers & Associates
       809 South Calhoun Street, Suite 400
       Fort Wayne, Indiana 46802
       (260)  424-0600

43.    Sewell Anthony
       c/o Christopher C. Myers, Esq.
       Christopher C. Myers & Associates
       809 South Calhoun Street, Suite 400
       Fort Wayne, Indiana 46802
       (260)  424-0600

44.    Shane Smith
       c/o Christopher C. Myers, Esq.
       Christopher C. Myers & Associates
       809 South Calhoun Street, Suite 400
       Fort Wayne, Indiana 46802
       (260)  424-0600

45.    Trinity Stewart
       c/o Christopher C. Myers, Esq.
       Christopher C. Myers & Associates
       809 South Calhoun Street, Suite 400
       Fort Wayne, Indiana 46802
       (260)  424-0600

46.    Gregory Stokes
       c/o Christopher C. Myers, Esq.
       Christopher C. Myers & Associates
       809 South Calhoun Street, Suite 400
       Fort Wayne, Indiana 46802

(260)  424-0600

47.  Lydell Trainor
     c/o Christopher C. Myers, Esq.
     Christopher C. Myers & Associates
     809 South Calhoun Street, Suite 400
     Fort Wayne, Indiana 46802
     (260)  424-0600

48.  Leroy Trice
     c/o Christopher C. Myers, Esq.
     Christopher C. Myers & Associates
     809 South Calhoun Street, Suite 400
     Fort Wayne, Indiana 46802
     (260)  424-0600

49.  Jarell Vaughn
     c/o Christopher C. Myers, Esq.
     Christopher C. Myers & Associates
     809 South Calhoun Street, Suite 400
     Fort Wayne, Indiana 46802
     (260)  424-0600

50.  Quinton Walker
     c/o Christopher C. Myers, Esq.
     Christopher C. Myers & Associates
     809 South Calhoun Street, Suite 400
     Fort Wayne, Indiana 46802
     (260)  424-0600

51.  Derrick Walters
     c/o Christopher C. Myers, Esq.
     Christopher C. Myers & Associates
     809 South Calhoun Street, Suite 400
     Fort Wayne, Indiana 46802
     (260)  424-0600

52.  Zermonie Williams
     c/o Christopher C. Myers, Esq.
     Christopher C. Myers & Associates
     809 South Calhoun Street, Suite 400
      Fort Wayne, Indiana 46802
     (260)  424-0600

53.  Russel Woodward
     c/o Christopher C. Myers, Esq.
     Christopher C. Myers & Associates
     809 South Calhoun Street, Suite 400

       Fort Wayne, Indiana 46802
       (260)  424-0600

54.    Tania Wright
       c/o Christopher C. Myers, Esq.
       Christopher C. Myers & Associates
       809 South Calhoun Street, Suite 400
       Fort Wayne, Indiana 46802
       (260)  424-0600

55.    Courtney Wyrick
       c/o Christopher C. Myers, Esq.
       Christopher C. Myers & Associates
       809 South Calhoun Street, Suite 400
       Fort Wayne, Indiana 46802
       (260)  424-0600

56.    Allen County Sheriff
       David Gladieux
       c/o J. Spencer Feighner, Esq.
       Haller & Colvin, P.C.
       444 East Main Street
       Fort Wayne, Indiana 46802
       (260)  426-0444

57.    Allen County Jail Commander
       David Butler
       c/o J. Spencer Feighner, Esq.
       Haller & Colvin, P.C.
       444 East Main Street
       Fort Wayne, Indiana 46802
       (260)  426-0444

58.    Beth Dlug
       Allen County Election Board
       One East Main Street, Suite 172
       Fort Wayne, Indiana 46802
       (260)  449-7329

59.    Christopher M. Nancarrow
       Allen County Election Board
       One East Main Street, Suite 172
       Fort Wayne, Indiana 46802
       (260)  449-7329

60.    Thomas A. Hardin
       Allen County Election Board

One East Main Street, Suite 172
Fort Wayne, Indiana 46802
(260) 449-7329

61.     Barry Schust
Allen County Voter Registration Office
One East Main Street, Suite 176
Rousseau Centre
Fort Wayne, Indiana 46802
(260) 449-7154

62.     Katie Zuber
Allen County Voter Registration Office
One East Main Street, Suite 176
Rousseau Centre
Fort Wayne, Indiana 46802
(260) 449-7154

63.     Gwen Sordelet
Allen County Voter Registration Office
One East Main Street, Suite 176
Rousseau Centre
Fort Wayne, Indiana 46802
(260) 449-7154

64.     Rebecca Aurand
Allen County Voter Registration Office
One East Main Street, Suite 176
Rousseau Centre
Fort Wayne, Indiana 46802
(260) 449-7154

65.     Any other witnesses named by the Defendant.

66.     Any witnesses necessary for rebuttal or impeachment.

67.     Any witness necessary for document authentication.

68.     Any witness identified through the course of discovery.

Plaintiff does not anticipate calling each individual class member as part of his case in chief.  This is a

representative action where the class representative and a few of the class members will testify about

being deprived of their ability to vote in the November 2016 election and the damages associated with

the loss of that constitutional right.

**B.     Defendant's witnesses may include any or all of the following:**

1.      Brian Banks
        c/o Christopher C. Myers, Esq.
        Christopher C. Myers & Associates
        809 South Calhoun Street, Suite 400
        Fort Wayne, Indiana 46802
        (260) 424-0600

2.      Ian Barnhart
        c/o Christopher C. Myers, Esq.
        Christopher C. Myers & Associates
        809 South Calhoun Street, Suite 400
        Fort Wayne, Indiana 46802
        (260) 424-0600

3.      Julian Barrack
        c/o Christopher C. Myers, Esq.
        Christopher C. Myers & Associates
        809 South Calhoun Street, Suite 400
        Fort Wayne, Indiana 46802
        (260) 424-0600

4.      Sirthomas Billingsley
        c/o Christopher C. Myers, Esq.
        Christopher C. Myers & Associates
        809 South Calhoun Street, Suite 400
        Fort Wayne, Indiana 46802
        (260) 424-0600

5.      Dustin Bly
        c/o Christopher C. Myers, Esq.
        Christopher C. Myers & Associates
        809 South Calhoun Street, Suite 400
        Fort Wayne, Indiana 46802
        (260) 424-0600

6.      Andre Boatman
        c/o Christopher C. Myers, Esq.
        Christopher C. Myers & Associates
        809 South Calhoun Street, Suite 400
        Fort Wayne, Indiana 46802
        (260) 424-0600

7.      Alexandra Brown
        c/o Christopher C. Myers, Esq.

Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260) 424-0600

8. Terence Brownlee
c/o Christopher C. Myers, Esq.
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260) 424-0600

9. Zachary Burcham
c/o Christopher C. Myers, Esq.
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260) 424-0600

10. Curtiss Caldwell
c/o Christopher C. Myers, Esq.
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260) 424-0600

11. Dennis Clemens
c/o Christopher C. Myers, Esq.
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260) 424-0600

12. Damalik Davis
c/o Christopher C. Myers, Esq.
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260) 424-0600

13. Dustin Deremer
c/o Christopher C. Myers, Esq.
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260) 424-0600

14. Taylor Dixon
    c/o Christopher C. Myers, Esq.
    Christopher C. Myers & Associates
    809 South Calhoun Street, Suite 400
    Fort Wayne, Indiana 46802
    (260) 424-0600

15. Frank Drake
    c/o Christopher C. Myers, Esq.
    Christopher C. Myers & Associates
    809 South Calhoun Street, Suite 400
    Fort Wayne, Indiana 46802
    (260) 424-0600

16. Samuel Ellington
    c/o Christopher C. Myers, Esq.
    Christopher C. Myers & Associates
    809 South Calhoun Street, Suite 400
    Fort Wayne, Indiana 46802
    (260) 424-0600

17. Barbara Evans
    c/o Christopher C. Myers, Esq.
    Christopher C. Myers & Associates
    809 South Calhoun Street, Suite 400
    Fort Wayne, Indiana 46802
    (260) 424-0600

18. Shana Foote
    c/o Christopher C. Myers, Esq.
    Christopher C. Myers & Associates
    809 South Calhoun Street, Suite 400
    Fort Wayne, Indiana 46802
    (260) 424-0600

19. Terrell Forrest
    c/o Christopher C. Myers, Esq.
    Christopher C. Myers & Associates
    809 South Calhoun Street, Suite 400
    Fort Wayne, Indiana 46802
    (260) 424-0600

20. Kenneth Ganaway
    c/o Christopher C. Myers, Esq.
    Christopher C. Myers & Associates
    809 South Calhoun Street, Suite 400
    Fort Wayne, Indiana 46802

(260) 424-0600

21. Demetrius Holliday
c/o Christopher C. Myers, Esq.
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260) 424-0600

22. Thomas Holman
c/o Christopher C. Myers, Esq.
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260) 424-0600

23. Jaylin Horton
c/o Christopher C. Myers, Esq.
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260) 424-0600

24. Stacy Jennings
c/o Christopher C. Myers, Esq.
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260) 424-0600

25. Quandale Johnson
c/o Christopher C. Myers, Esq.
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260) 424-0600

26. Simon Jones
c/o Christopher C. Myers, Esq.
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260) 424-0600

27. Michael Keith
c/o Christopher C. Myers, Esq.
Christopher C. Myers & Associates

809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260) 424-0600

28. Freddie Kelsaw
c/o Christopher C. Myers, Esq.
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260) 424-0600

29. Alisha King
c/o Christopher C. Myers, Esq.
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260) 424-0600

30. Robert Kuykendoll
c/o Christopher C. Myers, Esq.
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260) 424-0600

31. Corey Lechleidner
c/o Christopher C. Myers, Esq.
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260) 424-0600

32. Mandy Main
c/o Christopher C. Myers, Esq.
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260) 424-0600

33. Michael Martin
c/o Christopher C. Myers, Esq.
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260) 424-0600

34. Raymon Mathis

c/o Christopher C. Myers, Esq.
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260) 424-0600

35. Anna Mincoff
c/o Christopher C. Myers, Esq.
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260) 424-0600

36. Tyler Montpas
c/o Christopher C. Myers, Esq.
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260) 424-0600

37. Jeremy Phovemire
c/o Christopher C. Myers, Esq.
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260) 424-0600

38. Kimberly Ramay
c/o Christopher C. Myers, Esq.
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260) 424-0600

39. Shawn Restrepo
c/o Christopher C. Myers, Esq.
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260) 424-0600

40. Steven Salter
c/o Christopher C. Myers, Esq.
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260) 424-0600

41. Daniel Santana
    c/o Christopher C. Myers, Esq.
    Christopher C. Myers & Associates
    809 South Calhoun Street, Suite 400
    Fort Wayne, Indiana 46802
    (260) 424-0600

42. Steven Schmidt
    c/o Christopher C. Myers, Esq.
    Christopher C. Myers & Associates
    809 South Calhoun Street, Suite 400
    Fort Wayne, Indiana 46802
    (260) 424-0600

43. Sewell Anthony
    c/o Christopher C. Myers, Esq.
    Christopher C. Myers & Associates
    809 South Calhoun Street, Suite 400
    Fort Wayne, Indiana 46802
    (260) 424-0600

44. Shane Smith
    c/o Christopher C. Myers, Esq.
    Christopher C. Myers & Associates
    809 South Calhoun Street, Suite 400
    Fort Wayne, Indiana 46802
    (260) 424-0600

45. Trinity Stewart
    c/o Christopher C. Myers, Esq.
    Christopher C. Myers & Associates
    809 South Calhoun Street, Suite 400
    Fort Wayne, Indiana 46802
    (260) 424-0600

46. Gregory Stokes
    c/o Christopher C. Myers, Esq.
    Christopher C. Myers & Associates
    809 South Calhoun Street, Suite 400
    Fort Wayne, Indiana 46802
    (260) 424-0600

47. Lydell Trainor
    c/o Christopher C. Myers, Esq.
    Christopher C. Myers & Associates
    809 South Calhoun Street, Suite 400

Fort Wayne, Indiana 46802
(260) 424-0600

48. Leroy Trice
c/o Christopher C. Myers, Esq.
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260) 424-0600

49. Jarell Vaughn
c/o Christopher C. Myers, Esq.
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260) 424-0600

50. Quinton Walker
c/o Christopher C. Myers, Esq.
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260) 424-0600

51. Derrick Walters
c/o Christopher C. Myers, Esq.
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260) 424-0600

52. Zermonie Williams
c/o Christopher C. Myers, Esq.
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
 Fort Wayne, Indiana 46802
(260) 424-0600

53. Russel Woodward
c/o Christopher C. Myers, Esq.
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
 Fort Wayne, Indiana 46802
(260) 424-0600

54. Tania Wright

c/o Christopher C. Myers, Esq.
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260) 424-0600

55. Courtney Wyrick
c/o Christopher C. Myers, Esq.
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260) 424-0600

56. Allen County Sheriff
David Gladieux
c/o J. Spencer Feighner, Esq.
Haller & Colvin, P.C.
444 East Main Street
Fort Wayne, Indiana 46802
(260) 426-0444

57. Allen County Jail Commander
David Butler
c/o J. Spencer Feighner, Esq.
Haller & Colvin, P.C.
444 East Main Street
Fort Wayne, Indiana 46802
(260) 426-0444

58. Beth Dlug
Allen County Election Board
One East Main Street, Suite 172
Fort Wayne, Indiana 46802
(260) 449-7329

59. Christopher M. Nancarrow
Allen County Election Board
One East Main Street, Suite 172
Fort Wayne, Indiana 46802
(260) 449-7329

60. Thomas A. Hardin
Allen County Election Board
One East Main Street, Suite 172
Fort Wayne, Indiana 46802
(260) 449-7329

24

61. Barry Schust
    Allen County Voter Registration Office
    One East Main Street, Suite 176
    Rousseau Centre
     Fort Wayne, Indiana 46802
    (260) 449-7154

62. Katie Zuber
    Allen County Voter Registration Office
    One East Main Street, Suite 176
    Rousseau Centre
     Fort Wayne, Indiana 46802
    (260) 449-7154

63. Gwen Sordelet
    Allen County Voter Registration Office
    One East Main Street, Suite 176
    Rousseau Centre
     Fort Wayne, Indiana 46802
    (260) 449-7154

64. Rebecca Aurand
    Allen County Voter Registration Office
    One East Main Street, Suite 176
    Rousseau Centre
     Fort Wayne, Indiana 46802
    (260) 449-7154

65. Any witness named by the Plaintiff.

66. Any witness necessary for rebuttal or impeachment.

67. Any witness necessary for document authentication.

68. Any witness identified through the course of discovery.

The Defendant does not anticipate calling the individual class members, listed 1-55 above, during his

case in chief.  The Defendant anticipates calling Allen County Jail Commander David Butler, Allen

County Election Board employee Beth Dlug, and Allen County Voter Registration employee Barry

Schust as live witnesses during their case in chief.  The remaining witnesses are included for the

purpose of rebuttal and/or impeachment to address issues concerning the operations of the Allen

County Sheriff's Department and/or the administration of voter registration and elections in Allen County.

**K.     JURY INSTRUCTIONS**

The parties have submitted proposed jury instructions.

**L.     AMENDMENTS**

No amendments to the pleadings are anticipated.

**M.     TRIAL BRIEFS**

The parties have filed trial briefs.

**N.     PRE-TRIAL ORDER**

This order will control the course of the trial and may not be amended except by consent of the parties or by order of the Court to prevent manifest injustice.

**O.     SETTLEMENT**

The parties have not reached any settlement agreement. The parties will advise the Court immediately if or when any settlement is reached.

**P.     TRIAL**

The probable length of trial is four (4) days. The case is set for jury trial before the United States Judge on May 17, 2021.

**Q.     OTHER MATTERS**

Plaintiff submits that this is not an "individual action" whereby each Plaintiff is required to provide testimony in order to prevail and obtain damages.  This is a class action, and the Class Representative and perhaps a few other class members may testify about the loss of their constitutional right to vote and the damages associated therewith. As such, and because this is a "representative

action" the jury will be asked to determine the damages for each class members' loss of the right to vote from the testimony of the class representative and other class members who may testify.  The jury should be instructed that whatever number they determine from these representatives' testimony is to be provided for each class member across the board, without regard to whether the class member was in court to testify, or their politics, or their race, or their age, or other irrelevant factors.

SO ORDERED.

April 21, 2021                                    _s/ Damon R. Leichty_____
                                                         Judge, United States District Court