UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IAN BARNHART, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID GLADIEUX, in his official capacity,<br><br>Defendant. | CAUSE NO. 1:17-CV-124 DRL |

## VERDICT

**Liability**

__________ We, the jury, find in favor of Plaintiffs.

X We, the jury, find in favor of Defendant.

---

**Damages**
**(Complete only if verdict is for Plaintiffs on liability)**

We, the jury, on the issue of damages, determine that Plaintiffs shall be compensated in the amount of $ _________, which represents the total damages for all 55 class members.

DATED: May 18, 2021

[signature]
Presiding Juror