UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF INDIANA

South Bend Division

IAN BARNHART
Plaintiff

v.   Case No. 1:17cv124

DAVID GLADIEUX
Defendant

**NOTICE**

The exhibits in the above entitled closed action are currently being housed in the office of the Clerk.  Please notify the below-named Deputy Clerk to arrange a date and time to pick up these exhibits.  If no response to this notice is received within thirty (30) days, the exhibits will be destroyed.

Gary T. Bell, CLERK

Dated: 6/10/22   By: s/ D. Kirkwood
Deputy Clerk

CC:   574-246-8082
Telephone No.